SHIRLEY DEHN SEALS, ETC.

v.

THE LANGSTON COMPANY, ET AL.

May 12, 1986.

Petition for certification denied.   (See 206 *N.J.Super.* 408)

IN THE MATTER OF THE TENURE OF MARY ALICE O'HARA, SCHOOL DISTRICT OF THE VOCATIONAL SCHOOL IN THE COUNTY OF CAMDEN.

May 12, 1986.

Petition for certification denied.

NEW JERSEY DISTRICT COURT ASSOC., INC., ET AL.

v.

NEW JERSEY SUPREME COURT, ET AL.

May 12, 1986.

Petition for certification denied.  (See 208 *N.J.Super.* 527)